JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| FREDRICK R. BOLDEN, | ) | No. SA CV 10-00272-RSWL (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERRALL G. ADAMS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: October 25, 2010

RONALD S.W. LEW
_____
RONALD S. W. LEW
Senior, U.S. District Court Judge