JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

```
FREDRICK RANNEL BOLDEN,        )   No. SA CV 10-00272-RSWL (VBK)
                               )
          Petitioner,          )   JUDGMENT
                               )
     v.                        )
                               )
DERRALL G. ADAMS,              )
                               )
          Respondent.          )
                               )
_____)
```

    Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

    **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: February 27, 2012

RONALD S.W. LEW
_____
RONALD S. W. LEW
Senior, U.S. District Court Judge